UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAYFAYETTE DIVISION

| | |
|---|---|
| JARED RAY HARRINGTON | CIVIL ACTION NO.: |
| VERSUS | JUDGE: |
| ROTORCRAFT LEASING COMPANY, LLC d/b/a RLC, LLC; ROTORCRAFT HOLDINGS II, LLC; MARLANA MARIE ADKINS; and ABC INSURANCE COMPANY | MAGISTRATE JUDGE: |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant, Rotorcraft Leasing Company, LLC ("RLC"), pursuant to 28 U.S.C. §1441 and 28 U.S.C. §1446, files this Notice of Removal of the captioned case from the 16th Judicial District Court of the Parish of St. Mary, State of Louisiana, in which it is now pending, to the United States District Court for the Western District of Louisiana. This removal is predicated on this Court's original jurisdiction over this matter pursuant to 28 U.S.C. §1331; the Outer Continental Shelf Lands Act (OSCLA), 43 U.S.C. §§1331-1356; and/or 28 U.S.C. §1367.

I.

On September 25, 2021, Plaintiff, Jared Ray Harrington, was a passenger in a Bell 407 helicopter, bearing registration number N662RL ("Aircraft"), owned and operated by RLC and piloted by Defendant, Marlana Marie Adkins.

II.

The Aircraft was scheduled for an outbound flight with passengers and cargo from Harry P. Williams Memorial Airport, 323 Airport Circle, Patterson, Louisiana, to fixed oil and gas production platforms owned and/or operated by EnVen Energy Corporation in the Gulf of Mexico

known as "MC 194 A", located in Mississippi Canyon Block 194, and "Lobster", located in Ewing Bank Block 873, both of which are on the outer continental shelf, offshore Louisiana. The Aircraft was also scheduled to pick up inbound passengers from fixed oil and gas production platforms located on the outer continental shelf and return them to Patterson.

III.

Shortly after liftoff on its outbound leg, the Aircraft was involved in an in-air accident with another helicopter.

IV.

Plaintiff filed a lawsuit on or about August 26, 2022, styled "*Jared Ray Harrington v. Rotorcraft Leasing Company, LLC, et al.*" in the 16th Judicial District Court for the Parish of St. Mary, Division H, State of Louisiana, docket number 136907, in which Plaintiff asserts a cause of action for personal-injury-related negligence against Rotorcraft Leasing Company, LLC; Rotorcraft Holdings II, LLC; Marlana Marie Adkins; and ABC Insurance Company.[1]

V.

On these facts, Plaintiff's claims arise out of operations conducted on the outer continental shelf such that this Honorable Court has original jurisdiction over this matter involving federal statutes and acts of Congress of the United States: it is removable to this Court. *See* 43 U.S.C. §1349; 28 U.S.C. §1441(a); *Pacific Operators Offshore, LLP v. Valladolid*, 565 U.S. 207, 216-17, 132 S. Ct. 680, 687-88 (2012); *see also Hammer v. PHI, Inc.*, 2016 WL 7029354, at *4 (W.D. La. October 14, 2016) (denying a remand motion because "the actions of PHI, and more particularly the pilot, engaged in ferrying passengers to and from offshore platforms on the OCS, can and has

---

[1] Defendant ABC Insurance Company is a "John Doe" placeholder for an "[u]nknown" insurance company that allegedly was the insurer for RLC and/or Rotorcraft Holdings II, LLC. Petition, at ¶4.

2

been considered to be an operation conducted on the OCS that further mineral exploration and development activities").

VI.

Alternatively, this action is removable to this Court under and by virtue of 28 U.S.C. §1331 as the adjudication of Plaintiff's claims require the resolution of substantial questions of federal law. *See, e.g., Grable & Sons Metal Prods., Inc. v. Darue Eng'g & Manuf.*, 545 U.S. 308, 320, 125 S. Ct. 2363, 2371 (2005); *Hopkins v. Walker*, 244 U.S. 486, 487-491, 37 S. Ct. 711, 712-714 (1917). Plaintiff's allegations implicate the field of in-air aviation safety including specific allegations of in-air operational negligence. Petition, at 3. Such claims are preempted by federal law. *Abdullah v. American Airlines, Inc.*, 181 F.3d 363 (3d Cir. 1999). It is important for a lawsuit implicating significant federal matters, such as the rules governing aircraft operations and safety, all be guided by the "experience, solicitude, and hope of uniformity that a federal forum offers on federal issues." *Grable & Sons Metal Prods., Inc. v. Darue Eng'g & Manuf.*, 545 U.S. 308, 312, 125 S. Ct. 2363, 2367 (2005).

VII.

RLC first received notice of this lawsuit when it was served on September 2, 2022. Pursuant to 28 U.S.C. §1446(b), thirty (30) days within which to answer or remove the case have not expired since the receipt by RLC of the initial pleadings setting forth Plaintiff's claims.

VIII.

Defendant, Marlana Marie Adkins, consents to this removal, as shown in the Consent to Removal filed herewith.

IX.

Defendant, Rotorcraft Holdings II, LLC, has not been served. Because this entity has not been properly "joined and served" at the time of this removal, there is no requirement to obtain Rotorcraft Holdings II, LLC's consent. 28 U.S.C. §1446(b)(2)(A).

X.

Defendant, ABC Insurance Company, is a "John Doe" placeholder for an "unknown" company that is alleged to have been the "insurer" of RLC and/or Rotorcraft Holdings II, LLC. Petition, at 2. Because this entity has not been properly "joined and served" at the time of this removal, there is no requirement to obtain this fictitious party's "consent." 28 U.S.C. §1446(b)(2)(A).

XI.

RLC has not filed any pleadings responsive to Plaintiff's action filed in the 16th Judicial District Court, Parish of St. Mary, State of Louisiana.

XII.

Upon filing of the Notice of Removal, RLC has promptly given written notice thereof to Plaintiff, through his attorneys of record, and will promptly file with the Clerk of the Court of the 16th Judicial District Court for the Parish of St. Mary, State of Louisiana, a copy of this Notice of Removal of the action to this Court, as required by 28 U.S.C. §1446(d).

XIII.

Attached to this Notice of Removal are copies of all pleadings and orders on file in the state court. (See attached Exhibit "A")

WHEREFORE, Defendant, Rotorcraft Leasing Company, LLC, prays that this Notice of Removal be filed in accordance with the law and that it be considered good and sufficient and that

the above-captioned matter filed in the 16th Judicial District Court of the Parish of St. Mary, State of Louisiana, be removed from state court to this Honorable Court for trial and determination as provide by law and that this Court enter such Orders and issue process as may be proper to bring it before it copies of all records and proceedings in said civil action in the 16th Judicial District Court of the Parish of St. Mary, and thereupon proceed with this civil action as if it had originally been commenced in this Court.

    Respectfully submitted:

    CUNNINGHAM SWAIM, LLP

    */s/ Ross Cunningham*
    ROSS CUNNINGHAM (Texas Bar No. 24007062)
    4015 Main Street, Suite 200
    Dallas, TX 75226
    Telephone: (214) 646-1495
    rcunningham@cunninghamswaim.com

    -And-

    ALLEN & GOOCH,
    A Law Corporation

    */s/ S. Brian Perry*
    RANDALL K. THEUNISSEN (#12727)
    S. BRIAN PERRY (#25209)
    P.O. Drawer 81129
    Lafayette, LA  70598-1129
    Telephone:  (337) 291-1000
    Facsimile:  (337) 291-1200
    RandyTheunissen@AllenGooch.com
    BrianPerry@AllenGooch.com
    Attorneys for Rotorcraft Leasing Company, LLC and
    Marlana Marie Adkins

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing instrument has this day been served on all parties through their counsel of record in this proceeding by:

( )   Hand Delivery   (X)   Prepaid U.S. Mail   ( )   U.S. Mail/CMRRR

(X)   Email   ( )   Facsimile   ( )   Overnight Delivery Service

Lafayette, Louisiana, this 23rd day of September, 2022.

/s/ S. Brian Perry
S. BRIAN PERRY